MOUNT VERNON TRUST COMPANY, Appellant, *v.* FEDERAL RESERVE BANK OF NEW YORK, Respondent.

Argued May 16, 1944; decided June 8, 1944.

*Frank H. Connelly, Jr.,* for appellant.

*Samuel B. Stewart, Jr.,* and *Louis A. Perkins* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, CONWAY, DESMOND and THACHER, JJ. Taking no part: RIPPEY, J.